**FILED**
February 27, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    Case No. 2:15CR00046-JAM-1
            Plaintiff,           )
v.                               )    ORDER FOR RELEASE OF
                                 )    PERSON IN CUSTODY
GARIELA CARTER,                  )
                                 )
            Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __GARIELA CARTER__, Case No. __2:15CR00046-JAM-1__, Charge __18USC § 1344(1) and 1344(2)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

✓ Bail Posted in the Sum of $ _100,000.00_

   ✓ Unsecured Appearance Bond _$50,000.00_

   \_\_ Appearance Bond with 10% Deposit

   \_\_ Appearance Bond with Surety

   \_\_ Corporate Surety Bail Bond

   ✓ (Other)       Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _February 27, 2015_ at _2:00 pm_.

By   /s/ Allison Claire/s/ Allison Claire
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court