LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
GABRIELA CARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>GABRIELA CARTER,<br><br>           Defendant. | Case No.: 2:15-CR-046 JAM<br><br>[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING OF DOCUMENTS RELATED TO DEFENDANT'S RELEASE<br><br>. |

  This matter came before the Honorable Allison Claire, United States Magistrate Judge, for arraignment on an indictment and a detention hearing on February 27, 2015.  Following a hearing on the matter, the Court ordered Ms. Carter released on a $100,000 secured bond and $50,000 signature bond.  Defense counsel requested two weeks, up to and including March 13, 2015, to file the appropriate paperwork related to the bonds.

  The defense has timely requested an appraisal of the property securing the appearance bond.  The appraisal will not be completed until the late afternoon of March 13, 2015.  Under

UNOPPOSED REQUEST TO EXTEND
DOCUMENT FILING DEADLINES

1  the circumstances, the defense requests an extension of two business days, up to and including

2  March 17, 2015, to ensure the paperwork related to the bonds is in proper order for filing with

3  the clerk's office.  Defense counsel has informed Assistant U.S. Attorney Michele Beckwith of

4  the request and the reason for it.  AUSA Beckwith has no opposition to the extension of time to

5  file the appropriate release documents, and has authorized Attorney Todd Leras to sign this

6  request on her behalf.

DATED:  March 11, 2015

By     Todd D. Leras for
       MICHELE BECKWITH
       Assistant United States Attorney

DATED:  March 11, 2015

By     /s/ Todd D. Leras
       TODD D. LERAS
       Attorney for Defendant
       Gabriela Carter

UNOPPOSED REQUEST TO EXTEND
DOCUMENT FILING DEADLINES

ORDER

BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL AND NON-OPPOSITION TO THE REQUEST, it is hereby ordered that the extension of the deadline for filing documents related to the release of Gabriela Carter in this matter is granted. The bond documents and deed shall be filed on or before March 17, 2015.

IT IS SO ORDERED.

DATED: March 13, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNOPPOSED REQUEST TO EXTEND
DOCUMENT FILING DEADLINES