BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIELA CARTER <br><br> Defendant. | CASE NO. 2:15-CR-0046 JAM <br><br> STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING NAMES AND PERSONAL IDENTIFYING INFORMATION |

      Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in this case, <u>United States v. Carter</u> 2:15-cr-0046 JAM stipulate and agree, and respectfully request that the Court order that:

      1.    The United States shall turn over discovery containing personal identifying information of third parties in this case subject to this stipulation and associated protective order.

      2.    Certain documents in the government's discovery production contain names and personal identifying information of defendants and other individuals (hereinafter, the "Protected Material"). Such personal identifying information includes, but is not limited to, street addresses, telephone numbers, drivers' license numbers, social security numbers, financial account numbers, dates of birth, and any other alphanumeric identifiers attributed to any person. Any pages of discovery that contain no personal identifying information are not subject to this order.

      3.    The Protected Material is now and will forever remain the property of the United States.

The Protected Material is entrusted to counsel for defendant only for purposes of representation in this case.

4. Counsel for defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5. Any person receiving Protected Material or a copy of Protected Material from counsel for the defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

6. Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given. Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

7. The defendant in this case may review the Protected Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof. Notwithstanding the foregoing, counsel is permitted to provide defendant with copies of documents otherwise classifiable as Protected Material so long as counsel completely redacts all personal identifying information from those documents prior to providing them to a defendant.

8. The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for defendant who has confirmed for trial may make copies of the Protected Material for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, staff, investigator, expert, or the Court.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: April 3, 2015

By: /s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

| | |
|---|---|
| DATE: April 3, 2015 | /s/ *Michele Beckwith for Todd D. Leras* <br> TODD D. LERAS <br> Attorney for GABRIELA CARTER |

By agreement of the parties, and good cause appearing, IT IS SO ORDERED.

DATED:  April 3, 2015.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE