BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>GABRIELA CARTER,<br><br>                              Defendant. | CASE NO.  2:15-CR-00046 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 19, 2015<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 19, 2015.

2.      On April 29, 2015, the Court continued the status conference until June 23, 2015.  By this stipulation, the defendant now moves to exclude time between May 19, 2015, and June 23, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes thousands of pages, including several boxes of documents obtained by subpoena. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review the discovery, and to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 19, 2015 to June 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  April 30, 2015                                    BENJAMIN B. WAGNER
                                                                     United States Attorney


                                                                     /s/ MICHELE BECKWITH
                                                                     MICHELE BECKWITH
                                                                     Assistant United States Attorney


Dated:  April 30, 2015                                    /s/ TODD D. LERAS
                                                                     TODD D. LERAS
                                                                     Counsel for Defendant
                                                                     GABRIELA CARTER


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of May, 2015


                                                                     /s/ John A. Mendez
                                                                     THE HONORABLE JOHN A. MENDEZ
                                                                     UNITED STATES DISTRICT COURT JUDGE