BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00046 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GABRIELA CARTER, | DATE: June 23, 2015 |
| Defendant. | TIME: 9:15 a.m. COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 23, 2015.

2.      By this stipulation, defendants now move to continue the status conference until August 18, 2015 at 9:15 a.m., and to exclude time between June 23, 2015, and August 18, 2015 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case consists of approximately twenty-five thousand pages of documents, including documents obtained by subpoena, memoranda of interviews, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

b)      Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review the discovery, and to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 23, 2015 to August 18, 2015 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

1 | ///

2 |        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3 | Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4 | must commence.

5 |        IT IS SO STIPULATED.

6 |

7 |

8 | Dated:  June 18, 2015                           BENJAMIN B. WAGNER
   |                                                        United States Attorney

9 |

10 |                                                      /s/ MICHELE BECKWITH
    |                                                      MICHELE BECKWITH

11 |                                                      Assistant United States Attorney

12 |

13 | Dated:  June 18, 2015                           /s/ TODD D. LERAS
    |                                                        TODD D. LERAS

14 |                                                      Counsel for Defendant
    |                                                      GABRIELA CARTER

15 |

16 |

17 |

18 |                               **FINDINGS AND ORDER**

19 |        IT IS SO FOUND AND ORDERED this 19th day of June, 2015.

20 |

21 |                                                      /s/ John A. Mendez
    |                                                      THE HONORABLE JOHN A. MENDEZ

22 |                                                      UNITED STATES DISTRICT COURT JUDGE

23 |

24 |

25 |

26 |

27 |

28 |