LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
GABRIELA CARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GABRIELA CARTER,<br><br>        Defendant. | Case No.: 2:15-CR-046 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br><br>Date:    March 18, 2016<br>Time:    9:00 a.m.<br>Court:   Hon. Garland E. Burrell, Jr. |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jared Dolan and Defendant Gabriela Carter by and through her attorney Todd D. Leras, request that the Court continue the status conference in this matter to March 18,

ORDER CONTINUING STATUS
CONFERENCE

2016 at 9:00 a.m.   The parties stipulate as follows:

1. This matter was initially assigned to United States District Court Judge John A. Mendez.  Counsel for both parties and defendant appeared before Judge Mendez at a status conference on October 6, 2015.  Judge Mendez granted a continuance of the status conference to January 26, 2016.  Based on the representations of the parties the Court excluded time under the Speedy Trial Act during the period from October 6, 2015 up to and including January 26, 2016.

2. On January 8, 2016, the case was transferred to this Court by Order of Chief Judge Morrison C. England, Jr.  This Court later issued Minute Order re-scheduling the status conference for January 29, 2016.

3. By this stipulation, Defendant requests to continue the status conference to March 18, 2016 at 9:00 a.m., and to exclude time between January 26, 2016 and March 18, 2016 under Local Code T-4.

4. The parties specifically agree and stipulate, and request the Court find the following:

   a) The government has provided discovery to defense counsel consisting of approximately twenty-five thousand pages of documents, including documents obtained by subpoena, memoranda of interviews, and audio recordings.

   b) Defense counsel continues to review this voluminous material and conduct investigation to prepare the matter for trial.

   c) Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ORDER CONTINUING STATUS CONFERENCE

    d) Based on the above-state findings, and for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from January 26, 2016 to March 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4] because it results from a continuance granted on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Jared Dolan has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: January 27, 2016

    By   Todd D. Leras for
          JARED DOLAN
          Assistant United States Attorney

DATED: January 27, 2016

    By   /s/ Todd D. Leras
          TODD D. LERAS
          Attorney for Defendant
          GABRIELA CARTER

ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for January 29, 2016 is vacated. A new status conference is scheduled for March 18, 2016, at 9:00 a.m.  The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 26, 2016, up to and including March 18, 2016.

DATED:  JANUARY 28, 2016

GARLAND E. BURRELL, JR.
United States District Judge

ORDER CONTINUING STATUS CONFERENCE