BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>GABRIELA CARTER,<br><br>                              Defendant. | CASE NO.  2:15-CR-00046 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 18, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 18, 2016.

2.      By this stipulation, defendants now move to continue the status conference until May 20, 2016, and to exclude time between March 18, 2016, and May 20, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case consists of approximately twenty-five thousand pages of documents, including documents obtained by subpoena, memoranda of interviews, and audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with his client, to review

the current charges, to conduct investigation and research related to the charges, to review the discovery, and to otherwise prepare for trial.  Counsel for the defendant needs additional time for these reasons, and because of his current case load, which includes a complex fraud case set for trial in the Northern District of California in August 2016.  Counsel for defendant recently joined that case as assistant trial counsel and he has impending motion deadlines and potential depositions that could require international travel.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2016 to May 20, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4          IT IS SO STIPULATED.

5

6

7   Dated:  March 16, 2016                    BENJAMIN B. WAGNER
                                              United States Attorney
8

9                                             /s/ MICHELE BECKWITH
                                              MICHELE BECKWITH
10                                            Assistant United States Attorney

11

12  Dated:  March 16, 2016                    /s/ TODD D. LERAS
                                              TODD D. LERAS
13                                            Counsel for Defendant
                                              GABRIELA CARTER
14

15

16

17                     **[PROPOSED] FINDINGS AND ORDER**

18          IT IS SO FOUND AND ORDERED.

19          Dated:  March 18, 2016

20

21          _____

22          GARLAND E. BURRELL, JR.
            Senior United States District Judge
23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT