LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
GABRIELA CARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-046 GEB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| GABRIELA CARTER, | |
| Defendant. | Date:        December 9, 2016<br>Time:        9:00 a.m.<br>Court:       Hon. Garland E. Burrell, Jr. |

The parties to this action, Plaintiff United States of America by and through Assistant

United States Michele M. Beckwith, and Defendant Gabriela Carter by and through her attorney

Todd D. Leras, hereby stipulate as follows:

    1.   By previous order, this matter was set for a status conference on September 30, 2016.

ORDER CONTINUING STATUS
CONFERENCE

2.  By this stipulation, defendant moves to continue the status conference to December 9, 2016, and to exclude time between September 30, 2016, and December 9, 2016, under Local Code T4.

3.  The parties agree and stipulate that the Court find the following:

a)  The government has represented that the discovery associated with this case consists of approximately twenty-five thousand pages of documents, including memoranda of interviews, audio recordings, and documents obtained by subpoena. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)  Counsel for defendant requires additional time to consult with his client, review the discovery, review the current charges and explore potential defenses to them, and to otherwise prepare the matter for trial.  Defense counsel requires this additional time for the reasons listed in the preceding sentence and because of his current case load, which includes a complex fraud case set for trial in the Northern District of California recently continued from August to October 2016.

c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the time necessary for effective preparation, taking into account the exercise of due diligence.

d)  Based on the above-stated findings, the ends of justice served by continuing the case outweigh the interests of the public and defendant in the original date prescribed by the Speedy Trial Act.

e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

ORDER CONTINUING STATUS
CONFERENCE

1   et seq., within which trial must commence, the time period of September 30, 2016

2   to December 9, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. §

3   3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance

4

5   granted on the basis of the Court's finding that the ends of justice served by

6   taking such action outweigh the best interest of the public and the defendant in a

7   speedy trial.

8       4.   Nothing in this stipulation and order shall preclude a finding that other provisions of

9

10      the Speedy Trial Act dictate that additional time periods are excludable from the

11      period within which a trial must commence.

12   Assistant U.S. Attorney Michele Beckwith has reviewed this stipulation and proposed

13   order and authorized Todd Leras to sign it on her behalf.

14

15

16   DATED:  September 28, 2016                    PHILLIP A. TALBERT
                                                   Acting United States Attorney

17

18                                                 By    Todd D. Leras for
                                                         MICHELE M. BECKWITH
19                                                       Assistant United States Attorney

20   DATED:  September 28, 2016

21                                                 By    /s/ Todd D. Leras
                                                         TODD D. LERAS
22                                                       Attorney for Defendant
                                                         GABRIELA CARTER
23

24

25

26

27

28   ORDER CONTINUING STATUS
     CONFERENCE

1

**FINDINGS AND ORDER**

2

      IT IS SO FOUND AND ORDERED.

3

DATED:  SEPTEMBER 29, 2016

4

5

6

7

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING STATUS
CONFERENCE