PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-046 GEB |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| GABRIELA CARTER, | DATE: January 23, 2018 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on January 23, 2018.

2. By this stipulation, defendant now moves to continue the jury trial until September 4, 2018, and to exclude time between January 23, 2018, and September 4, 2018, under Local Code T4. The parties also jointly request that the trial confirmation hearing, currently set for December 1, 2017, be continued to July 13, 2018.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 25,000 Bates-numbered pages, and including bank records and investigative reports. All of this discovery has been either produced directly to counsel and/or made available

1     for inspection and copying.

2         b)     Counsel for defendant desires additional time to prepare for trial. He is currently scheduled to begin a trial on February 26, 2018 that will last approximately 12 weeks (United States v. Shehadeh, 16-cr-038 MCE). Defense counsel is focusing on preparing for that trial, which involves extensive discovery and numerous witnesses, and he is not presently able to prepare for this trial, which is currently set to immediately precede it.

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2018 to September 4, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///

5. Based on the foregoing, the parties stipulate and ask the Court to vacate the currently set trial date of January 23, 2018, and the trial confirmation hearing set for December 1, 2017.

IT IS SO STIPULATED.

Dated: November 28, 2017          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ MICHELE BECKWITH
                                  MICHELE BECKWITH
                                  Assistant United States Attorney

Dated: November 28, 2017          /s/ TODD LERAS
                                  TODD LERAS
                                  Counsel for Defendant
                                  GABRIELA CARTER

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 29, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge