| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
|   | Attorney for Defendant |
| 5 | GABRIELA CARTER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-046 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL CONFIRMATION HEARING |
| GABRIELA CARTER, | |
| Defendant. | Date:  July 20, 2018 |
|  | Time:  9:00 a.m. |
|  | Court:  Hon. Garland E. Burrell, Jr. |

This matter is presently set for a Trial Confirmation Hearing on July 13, 2018, followed by a Jury Trial scheduled to begin on September 4, 2018. Defendant Gabriela Carter by and through her attorney Todd D. Leras, requests to continue the Trial Confirmation Hearing from July 13 to July 20, 2018. Defense counsel believes that the additional time may result in a change of plea pursuant to a written plea agreement. The United States does not oppose the request.

ORDER CONTINUING TRIAL
CONFIRMATION HEARING

An exclusion of time under the Speedy Trial Act for attorney preparation has previously been entered for the period up to and including commencement of the trial on September 4, 2018.  This stipulation therefore does not require an additional exclusion of time.  Assistant U.S. Attorney Michele Beckwith has authorized Todd Leras via email to sign this stipulation on her behalf.

DATED:  June 21, 2018      McGREGOR W. SCOTT
United States Attorney

By    /s/ Todd D. Leras for
     MICHELE M. BECKWITH
     Assistant United States Attorney

DATED:  June 21, 2018

By    /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     GABRIELA CARTER

ORDER CONTINUING TRIAL
CONFIRMATION HEARING

**ORDER**

The Trial Confirmation Hearing, scheduled for July 13, 2018, is vacated. A Trial Confirmation Hearing/Change of Plea Hearing is scheduled for July 20, 2018. The Jury Trial remains scheduled to begin on September 4, 2018.

IT IS SO ORDERED.

Dated: June 22, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER CONTINUING TRIAL CONFIRMATION HEARING