LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
GABRIELA CARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GABRIELA CARTER,<br><br>　　　　　Defendant. | Case No.: 2:15-cr-046 GEB<br><br>[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:　　Hon. Garland E. Burrell, Jr.<br><br>Date:　　January 25, 2019<br>Time:　　9:00 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Michele Beckwith and Attorney Todd D. Leras on behalf of Defendant Gabriela Carter, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from November 2, 2018 to January 25, 2019.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

The probation officer has completed her interview with Ms. Carter. However, the initial interview was delayed while Ms. Carter addressed a serious personal health issue. Due to delay in the probation interview, defense counsel is requesting additional time to prepare for the sentencing in this matter.

The government does not object to the requested continuance and the assigned probation officer has confirmed her availability on the requested date. Modification of the disclosure schedule is requested as follows:

1. Disclosure of Draft Pre-Sentence Report: November 16, 2018
2. Informal Objections to Draft Pre-Sentence Report: December 7, 2018;
3. Final Pre-Sentence Report Date: December 14, 2018;
4. Motion for Correction Date: January 11, 2019; and
5. Reply Date: January 18, 2019.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Michele Beckwith has reviewed this proposed order and authorized Todd D. Leras via email to sign it on her behalf.

DATED: October 30, 2018

By    /s/ Todd D. Leras for
      MICHELE BECKWITH
      Assistant United States Attorney

DATED: October 30, 2018

By    /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      GABRIELA CARTER

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

# ORDER

The Judgment and Sentencing Hearing in this matter is continued to January 25, 2019, at 9:00 a.m. The Court adopts the modified Pre-Sentence Investigation Report deadline proposed by the parties.

IT IS SO ORDERED.

DATED: OCTOBER 31, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE