LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
GABRIELA CARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-046 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER EXONERATING BONDS AND RECONVEYING PROPERTY |
| GABRIELA CARTER, | |
| Defendant. | |

    The parties to this action, Plaintiff United States of America by and through Assistant United States Michele M. Beckwith, and Defendant Gabriela Carter by and through her attorney Todd D. Leras, hereby stipulate as follows:

    1. On February 27, 2015, United States Magistrate Judge Allison Claire ordered Ms. Carter released on a combination of an unsecured bond in the amount of $50,000 (ECF Entry 14) and a $100,000 bond (ECF Entry 13) secured by Ms. Carter's

ORDER EXONERATING BONDS
AND RECONVEYING DEED OF TRUST

residence in Sacramento County (ECF Entry 15).

2. On January 25, 2019, this Court sentenced Ms. Carter to 41-months imprisonment, with a self-surrender date of April 5, 2019 (ECF Entry 72).

3. Ms. Carter surrendered to the Board of Prisons on April 5, 2019.

Based on the above stipulation of facts, the parties further stipulate and agree that the bonds posted to secure Ms. Carter's release be exonerated and that the clerk reconvey the collateral posted in the form of a deed of trust be returned to Ms. Carter.

Assistant U.S. Attorney Michelle Beckwith has reviewed this stipulation and authorized Todd D. Leras via email to sign it on her behalf.

IT IS SO STIPULATED.

DATED: April 10, 2019      McGregor Scott
United States Attorney

By   /s/ *Todd D. Leras for*
    MICHELE M. BECKWITH
    Assistant United States Attorney

DATED: April 10, 2019

By   /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    GABRIELA CARTER

ORDER EXONERATING BONDS
AND RECONVEYING DEED OF TRUST

**ORDER**

BASED ON THE STIPULATION OF THE PARTIES, the unsecured bond in the amount of $50,000 and the secured bond in the amount of $100,000 are exonerated. The clerk is directed to reconvey the deed of trust securing the $100,000 bond back to the property owner, Gabriela Carter.

IT IS SO ORDERED.

DATED: APRIL 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER EXONERATING BONDS
AND RECONVEYING DEED OF TRUST