1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff/Respondent
   United States of America

6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00046-GEB-CKD
12 |            Plaintiff/Respondent, | AMENDED ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME
13 | v. |
14 | GABRIELA CARTER, |
15 |            Defendant/Movant. |

16
17
18   On October 23, 2019, Respondent requested a 90-day extension of time to file its response to

19 Defendant Carter's § 2255 petition.

20   IT IS HEREBY ORDERED, that Respondent's request for a 90-day extension is granted. The

21 response is now due January 23, 2020.

22 Dated: October 25, 2019

23                                   _____
                                     CAROLYN K. DELANEY
24                                   UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1